JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV23-02866-JVS (JEM) | Date | May 26, 2023 |
| Title | Dean Manes v. Warden Jenkins, et al. | | |

Present: The Honorable **JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings: ORDER (IN CHAMBERS)**

On April 13, 2023, Plaintiff filed a Complaint [ECF No. 1] with a request to proceed without the prepayment of filing fees ("IFP Request") [ECF No. 2]. On April 24, 2023, the Court issued an Order denying Plaintiff's IFP Request because Plaintiff had three strikes within the meaning of 28 U.S.C. § 1915(g). [ECF No. 4]. The Court further directed Plaintiff to pay the filing full in full within 30 days of the date of the Order and cautioned Plaintiff that his failure to pay the fee would result in the dismissal of this action. [ECF No. 4 at 2]. More than 30 days have now passed, and Plaintiff has not paid the filing fee.

Accordingly, this case is hereby **ORDERED DISMISSED without prejudice**.

**IT IS SO ORDERED.**